IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. R11-41773-PWB |
| MELINDA ROSE GENTRY, | : | CHAPTER 13 |
|    DEBTOR | : | JUDGE PAUL W. BONAPFEL |
| MELINDA ROSE GENTRY, | : | |
|    MOVANT | : | |
| VS. | : | |
| RONALD HOOD, | : | |
|    RESPONDENT | : | |

## MOTION TO AVOID LIEN

COMES NOW, MELINDA ROSE GENTRY, Debtor in the above-referenced Bankruptcy case, and Movant herein, and respectfully shows to the Court as follows:

1.

Movant shows that this Bankruptcy proceeding was filed on the 24th day of May, 2011.

2.

Movant shows that this Motion is filed pursuant to 11 U.S.C. Section 522 (f) (1) to avoid a judicial lien.

3.

Movant shows that the Respondent, RONALD HOOD, is a creditor listed in the Bankruptcy petition and schedules.

4.

Movant shows that the Respondent has obtained a Judgment in the amount of $3,087.50 plus interest, in the Superior Court for the County of Whitfield, and that the Judgment has been placed in the Lien Book of Whitfield County, and acts as a lien against property of the Movant.

5.

Movant shows that the Respondent has obtained a Judgment and that said Judgment acts as a lien against property of the Movant.

6.

Movant shows that the existence of Respondent's lien impairs exemptions to which the Movant is entitled pursuant to U.S.C. Section 522 (b) and the Official Code of Georgia Annotated Section 44-13-100.

WHEREFORE, Movant moves the Court for an Order for the cancellation and avoidance of the judgment lien of the Respondent, as well as such other and further relief as the Court deems equitable and proper.

        RESPECTFULLY SUBMITTED,

        THE HURTT LAW FIRM, LLC


        BY:*/s/MICHAEL D. HURTT*
          MICHAEL D. HURTT
          ATTORNEY FOR MOVANT/DEBTOR

P.O. Box 1304
Dalton, Georgia  30722-1304
(706) 226-5425

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. R11-41773-PWB |
| MELINDA ROSE GENTRY, | : | CHAPTER 13 |
| DEBTOR | : | JUDGE PAUL W. BONAPFEL |
| MELINDA ROSE GENTRY, | : | |
| MOVANT | : | |
| VS. | : | |
| RONALD HOOD, | : | |
| RESPONDENT | : | |

## CERTIFICATE OF SERVICE

The undersigned, MICHAEL D. HURTT, of The Hurtt Law Firm, LLC, 215 W. Gordon Street, P.O. Box 1304, Dalton, Georgia 30722-1304 hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 30th day of December, 2011, I served a copy of the within "Notice of Requirement of Response to Motion to Avoid Lien on Exempt Property and of Time to File Same" filed in this bankruptcy case on the above-named Respondent and the Chapter 13 Trustee, by United States Mail, First Class, as follows:

Ronald Hood  
c/o Vincent Anderson  
1119 Trammel Street  
Dalton, GA  30720-8754

Chapter 13 Trustee  
Suite 2700, The Equitable Bldg.  
100 Peachtree Street  
Atlanta, GA  30303

Executed this 30th day of December, 2011.

THE HURTT LAW FIRM, LLC

BY:/s/MICHAEL D. HURTT  
MICHAEL D. HURTT, ATTORNEY  
FOR DEBTOR/MOVANT  
GEORGIA STATE BAR NO. 380112

P.O. Box 1304  
Dalton, Georgia  30722-1304  
(706) 226-5425

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. R11-41773-PWB |
| MELINDA ROSE GENTRY, | : | CHAPTER 13 |
| DEBTOR | : | JUDGE PAUL W. BONAPFEL |
| MELINDA ROSE GENTRY, | : | |
| MOVANT | : | |
| VS. | : | |
| RONALD HOOD, | : | |
| RESPONDENT | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that a Motion to Avoid Lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule 6008-2 NDGa, the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movant. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an Order granting the relief sought.

Dated and served this 30th day of December, 2011.

THE HURTT LAW FIRM, LLC

BY:*/s/MICHAEL D. HURTT*
MICHAEL D. HURTT, ATTORNEY
FOR DEBTOR/MOVANT
GEORGIA STATE BAR NO. 380112

P.O. Box 1304
Dalton, GA  30722-1304
(706) 226-5425